IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANET MAVIS MARCUSSE,

    Plaintiff,

v.                                 CASE NO. 4:15cv9-RH/CAS

UNKNOWN FEDERAL AGENTS
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 32, and the objections, ECF No. 33, as well as the plaintiff's motion for leave to file a third amended complaint. The plaintiff has not tendered a proposed third amended complaint, as required by this court's rules, and she has not indicated what she would include in a third amended complaint.

The report and recommendation correctly concludes that the case should be dismissed. The plaintiff has named parties who are plainly immune. And the plaintiff has willfully failed to comply with the governing rules and prior orders. The objections, like the prior pleadings, seem more an effort to wear out a reader

than to enlighten.  The plaintiff has done nothing to indicate she now will comply with the rules or court orders.  Nothing short of dismissal has any reasonable chance to bring about compliance.

For these reasons, and after de novo review,

IT IS ORDERED:

1.  The report and recommendation is ACCEPTED and adopted as the court's opinion.

2.  The clerk must enter judgment stating, "The plaintiff's claims are dismissed under 28 U.S.C. § 1915(e)(2)(B)."

3.  The motion for leave to file a third amended complaint, ECF No. 34, is denied.

4.  The clerk must close the file.

SO ORDERED on October 27, 2015.

s/Robert L. Hinkle
United States District Judge

Case No.  4:15cv9-RH/CAS